

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
JUN 16 2022
ARTHUR JOHNSTON
BY _____ DEPUTY

AO 241
(Rev. 01/15)

3:22cv334 TSL-RHWR  Page 2

### PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
### HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: |
|---|---|

| Name (under which you were convicted): Jimmy Lamont Roberts | Docket or Case No.: 2010-0114-CVI |
|---|---|

| Place of Confinement: EMCE 10641 Hwy 80 West Meridian MS 39307 | Prisoner No.: 129443 |
|---|---|

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| Jimmy Lamont Roberts | v. East Mississippi correction Facility company Name tasking trashing corporation |

The Attorney General of the State of: Mississippi

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
Lowndes county P.O. Box 31 Columbus, Mississippi 39703

(b) Criminal docket or case number (if you know): Civil Action 2010-0114-CVI   Petition for parole civil Action

2. (a) Date of the judgment of conviction (if you know): July 13, 2008 when I got lock up

(b) Date of sentencing: September same time when I got sentence

3. Length of sentence: violated 5 years paper time and 20 to serve five on paper

4. In this case, were you convicted on more than one count or of more than one crime?  ☒ Yes  ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: I violated in July 13, time 2008 probation 5 year paper time on a house burglary And serve a 3 year sentence on a 5 year paper time that in a five year sentence by serving 3 years on a five year sentence for a burglary charge. After that I started on a 20 year sentence on a statutory rape charge and I serve 11 years on a statutory rape charge Basically 16 years in All. Now am being judge on my parole, on a New Law that's been past And a new petition

6. (a) What was your plea? (Check one) New Law that's been past On the 27-95 senate bill new Law a new petition for parole called A Mississippi Earned parole Eligibility Act

☐ (1) Not guilty    ☐ (3) Nolo contendere (no contest)
☒ (2) Guilty       ☐ (4) Insanity plea

I did 16 years Lock up and now Am eligible for parole

I took a mental evaluation to a insanity plea But lost it They railroad me ....

AO 241
(Rev. 01/15)

Page 3

**(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?** I plea guilty to A 5 year violation of probation in 2008 July 18 for A Burglary charges And After they came with a 10 year plea for A Statutory rape I refuse A 10 year plea for Statutory rape - Than they railroad me with 20 years to serve for A statutory rape charge and 5 years on paper time, But Anyway as I have did the years After 2021 to 2022 - I should be Able to parole on half of my

**(c) If you went to trial, what kind of trial did you have? (Check one)** time on the 22-95 law new law for parole - they are ☐ Jury ☐ Judge only no trial deciding to parole me in jan now on a petition for parole on the 22-95 law senate

**7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?** bill that's been pass July 24 ☐ Yes ☒ No 2021, so I should have been already

**8. Did you appeal from the judgment of conviction?** release on parole - Please get me ☐ Yes ☒ No parole - Sir. release.

**9. If you did appeal, answer the following:**

(a) Name of court: NO 9

(b) Docket or case number (if you know): I filed

(c) Result: A Petition under the New senate bill

(d) Date of result (if you know): 22-95 Law A Petition cont.

(e) Citation to the case (if you know): A Mississippi Earned parole Eligibility

(f) Grounds raised: Act - I took A civil Action - under a post-conviction-relief, Anyway the civil Action - Is Base on A mississippi Earned parole Eligibility Act - A Petition to parole when it got denied - The circuit Clerk Teresa brookshire out of columbus MO made the judge come to A consideration, meaning considered MO Another decision to parole on A post conviction relief A civil Action

(g) Did you seek further review by a higher state court? ☐ Yes ☒ No

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

(4) Date of result (if you know): _____

AO 241
(Rev. 01/15)

Page 4

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☒ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _Lowndes county_

(2) Docket or case number (if you know): _Civil Action-2010-0114-CVI_

(3) Date of filing (if you know): _March 23, 2022_

(4) Nature of the proceeding: _A Petition for parole call A_

(5) Grounds raised: _Mississippi Earned parole Eligibility Act_
_That lead to a post conviction relief_
_A post judgement on a second decession to_
_parole because I had catch beaten and dragged_
_killed at house at EMCF, and now I should_
_have been discharged on parole, because a nurse_
_name psychologist tried to kill me, by profing me with_
_a 1000 killer grams shot and put me to sleep and rape_
_me in my sleep and also put smashine on sight on_
_my head- Thatswhy I should have been parole at_

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? _And went home_

☒ Yes  ☐ No

(7) Result: _I Now waiting 2022 May for a decission_

(8) Date of result (if you know): _I haven't came to a result_
_yet_

AO 241
(Rev. 01/15)                                                                                          Page 5

(b) If you filed any second petition, application, or motion, give the same information:

   (1) Name of court:  _No, I didn't filed Any other_

   (2) Docket or case number (if you know):  _Second petition, or_

   (3) Date of filing (if you know):  _____

   (4) Nature of the proceeding:  _____

   (5) Grounds raised:  _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

   ☐ Yes      ☒ No

   (7) Result:  _____

   (8) Date of result (if you know):  _____

(c) If you filed any third petition, application, or motion, give the same information:

   (1) Name of court:  _____

   (2) Docket or case number (if you know):  _____

   (3) Date of filing (if you know):  _____

   (4) Nature of the proceeding:  _____

   (5) Grounds raised:  _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

AO 241
(Rev. 01/15)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☒ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☐ Yes    ☒ No

(2) Second petition:   ☐ Yes    ☒ No

(3) Third petition:    ☐ Yes    ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Cruel punishment on the 5th constitutional Rights and Cruel punishments on the 8th Amenments

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I AM being held against my will in prison for nothing I still getting railroad road on all the new Laws that Are being past by the federal court house, one is the Senate bill 2795 new Law that got past July 21, 2021 And Another is my law suit, my civil Right law suit And I suppose to been release on the petition for parole I just filed with the columbus MS, 39283

(b) If you did not exhaust your state remedies on Ground One, explain why: Any AM Stating that I suppose to been release on the new Law that is Already been past July 21, 2021 Basically I Am still be railroad About these new Laws senate bill 2795 new Law that's been past July 21, 2021 for 50b present for violent offender with sex charges and murder charges

AO 241
(Rev. 01/15)

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☒ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

AO 241
(Rev. 01/15)

Page 8

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _No other remedies_

GROUND TWO: _No Ground two_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _No supporting facts_

(b) If you did not exhaust your state remedies on Ground Two, explain why: _No exhaust_

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

AO 241
(Rev. 01/15)

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)   Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

_____

**GROUND THREE:**   *No grounds*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

AO 241
(Rev. 01/15)

Page 10

(b) If you did not exhaust your state remedies on Ground Three, explain why: _no exhaust_

_____

_____

_____

**(c)**     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(d)**     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

     ☐ Yes    ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _No Appeal_

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

AO 241
(Rev. 01/15)

Page 11

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____ No Grounds _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____ No Street Appeal _____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?　　☐ Yes　　☒ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

　　☐ Yes　　☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241
(Rev. 01/15)                                                                                        Page 12

Name and location of the court where the motion or petition was filed:    _____no_____

_____

Docket or case number (if you know):    _____

Date of the court's decision:    _____

Result (attach a copy of the court's opinion or order, if available):    _____no_____

_____

_____

(3) Did you receive a hearing on your motion or petition?          ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:    _____no_____

_____

Docket or case number (if you know):    _____

Date of the court's decision:    _____

Result (attach a copy of the court's opinion or order, if available):    _____no_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

(e)      **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four:    _____no_____

_____

_____

_____

_____

_____

_____

AO 241
(Rev. 01/15)

Page 13

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☒ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____ *no grounds* _____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____ *no grounds* _____

_____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

_____

_____

_____

_____

_____

AO 241
(Rev. 01/15)

Page 14

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _No preliminary hearing_

(b) At arraignment and plea: _No Arraignment and plea_

(c) At trial: _No trial_

(d) At sentencing: _____

(e) On appeal: _No Appeal_

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        ☐ Yes    ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?        ☐ Yes    ☒ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____

_____

_____

_____

_____

AO 241
(Rev. 01/15)

Page 15



* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 01/15)

Page 16

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *Please get EMCF to pardle me by the parole Board Board on the 2295 Law that got pass July 21, 2021 on a petition for parole at the*

or any other relief to which petitioner may be entitled. *Sentencing court in Lowndes county PO. Box 31 Columbus, Mississippi by Circuit Clerk Teresabanksdale*

*District Attorney Scott Colom*

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on *MAY 13, 2022* (month, date, year).

Executed (signed) on *MAY 13, 2022* (date).

*Jimmy Roberts*

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.